UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIROAKI MORIMOTO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  13-cv-05073-MEJ<br><br>**ORDER CONTINUING CMC** |

This matter is currently scheduled for a Case Management Conference on April 10, 2013. However, as the parties are engaged in informal settlement negotiations, the Court CONTINUES the Case Management Conference to June 5, 2014 at 10:00 a.m. in Courtroom B.  The parties shall file an updated statement by May 29, 2014.

**IT IS SO ORDERED.**

Dated: April 4, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge