MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6475
Facsimile:    (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hiroaki Morimoto & Marjorie Morimoto,<br><br>    Plaintiffs,<br><br>    v.<br><br>United State of America,<br><br>    Defendant. | Case No. 3:13-cv-05073-MEJ<br><br>STIPULATION AND [~~PROPOSED~~] JUDGMENT |

   Plaintiffs Hiroaki Morimoto and Marjorie Morimoto ("Plaintiffs"), and Defendant the United States of America ("United States"), by and through its undersigned counsel, hereby stipulate and agree as follows:

   1.   This Stipulation is entered into by and between all parties to this matter.

   2.   The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1346(a)(1) and 26 U.S.C. § 7422.

   3.   Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1402(a)(2).

1      4.      The parties hereby stipulate and respectfully request that the Court enter final
2 judgment in this matter as follows:
3          a.      Plaintiffs experienced a deductible theft loss in the 2009 tax year in the
4 amount of $347,201.
5          b.      Final judgment may be entered in favor of Plaintiffs on Counts One, Two,
6 and Three of the Complaint for Refund, filed on October 30, 2013 (Doc. # 1), as follows:
7 Plaintiffs are entitled to federal income tax overpayments in the amounts of $5,664, $8,926, and
8 $19,572 for the 2009, 2008 and 2007 tax years, respectively.
9          c.      Final judgment may be entered in favor of the United States on Counts
10 Four, Five, and Six of the Complaint for Refund, filed on October 30, 2013 (Doc. # 1) as
11 follows: Plaintiffs Hiroaki Morimoto and Marjorie Morimoto are not entitled to any refund for
12 the 2004, 2005, or 2006 tax years.
13         d.      Any portion of the deductible theft loss Plaintiffs experienced in the 2009
14 tax year that is not consumed by the overpayments discussed in paragraph 4b, above, may be
15 carried forward to offset income for tax years subsequent to 2009, as provided by law.
16     A Proposed Judgment is filed herewith for the Court's convenience.  Upon entry of the
17 attached Proposed Judgment, this matter may be dismissed with prejudice.
18
19
20
21
22
23
24

Respectfully submitted this __ day of February 2015,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____
                                            MICHAEL G. PITMAN
                                            Assistant United States Attorney, Tax Division

                                            Attorneys for the United States of America

                                            */s/ Dashiell Shapiro*
                                            _____
                                            DASHIELL SHAPIRO
                                            ROBERT WARREN WOOD
                                            Wood LLP
                                            333 Sacramento Street
                                            San Francisco, CA 94111
                                            415-834-1800
                                            Fax: 415-834-1888
                                            shapiro@woodllp.com
                                            wood@woodllp.com

                                            Attorneys for Hiroaki Morimoto
                                            and Marjorie Morimoto

## [PROPOSED] JUDGMENT

Pursuant to the Stipulation submitted by Plaintiffs Hiroaki Morimoto and Marjorie Morimoto, and Defendant the United States of America ("United States"), and for good cause shown therein:

IT IS ORDERED AND ADJUDGED that Plaintiffs Hiroaki Morimoto and Marjorie Morimoto experienced a deductible theft loss in the 2009 tax year in the amount of $347,201.

IT IS FURTHER ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiffs Hiroaki Morimoto and Marjorie Morimoto, on Counts One, Two, and Three of the Complaint for Refund, filed on October 30, 2013 (Doc. # 1), as follows: Plaintiffs Hiroaki

1  Respectfully submitted this 27th day of February 2015,

2  MELINDA HAAG
   United States Attorney

3

4  s/ Michael G. Pitman
   MICHAEL G. PITMAN
   Assistant United States Attorney, Tax Division

5

   Attorneys for the United States of America

6

7

   _____
8  DASHIELL SHAPIRO
   ROBERT WARREN WOOD
9  Wood LLP
   333 Sacramento Street
10 San Francisco, CA 94111
   415-834-1800
11 Fax: 415-834-1888
   shapiro@woodllp.com
12 wood@woodllp.com

13 Attorneys for Hiroaki Morimoto
   and Marjorie Morimoto

14

15                    [PROPOSED] JUDGMENT

16     Pursuant to the Stipulation submitted by Plaintiffs Hiroaki Morimoto and Marjorie

17 Morimoto, and Defendant the United States of America ("United States"), and for good cause

18 shown therein:

19     IT IS ORDERED AND ADJUDGED that Plaintiffs Hiroaki Morimoto and Marjorie

20 Morimoto experienced a deductible theft loss in the 2009 tax year in the amount of $347,201.

21     IT IS FURTHER ORDERED AND ADJUDGED that final judgment is entered in favor

22 of Plaintiffs Hiroaki Morimoto and Marjorie Morimoto, on Counts One, Two, and Three of the

23 Complaint for Refund, filed on October 30, 2013 (Doc. # 1), as follows:  Plaintiffs Hiroaki

24

Morimoto and Marjorie Morimoto are entitled to federal income tax overpayments in the amounts of $5,664, $8,926, and $19,572 for the 2009, 2008 and 2007 tax years, respectively.

IT IS FURTHER ORDERED AND ADJUDGED that final judgment is entered in favor of the United States on Counts Four, Five, and Six of the Complaint for Refund, filed on October 30, 2013 (Doc. # 1) as follows: Plaintiffs Hiroaki Morimoto and Marjorie Morimoto are not entitled to any refund for the 2004, 2005, or 2006 tax years.

IT IS FURTHER ORDERED AND ADJUDGED that any portion of the deductible theft loss Plaintiffs Hiroaki Morimoto and Marjorie Morimoto experienced in the 2009 tax year that is not consumed by the overpayments for the 2009, 2008 and 2007 tax years, discussed above, may be carried forward to offset income for tax years subsequent to 2009, as provided by law.

Each party shall bear their own attorneys' fees and costs.

SO ORDERED this  2nd  day of ____March____, 2015.

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE